CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Jay Price, II, Esq., SBN 279082
Prathima Reddy Price, Esq., SBN 321378
Robert Doyle, Esq., SBN 321925
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Telephone: (858) 375-7385
Facsimile: (888) 422-5191 fax
prathimap@potterhandy.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br> Plaintiff, <br><br> v. <br><br> **Jonalyn Montiel Nguyen,** <br><br> Defendant. | Case No. 4:21-cv-04336-HSG <br><br> **Order Granting the Joint Stipulation To Extend Filing of Notice for Need for Mediation Deadline** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

Pursuant to the Parties' Joint Stipulation to Extend Filing of Notice of Need for Mediation Deadline, the Court hereby extends the deadline for the notice of need for mediation from December 31, 2021 to January 12, 2022.

1 |      IT IS SO ORDERED.

3 | Dated: 12/23/2021

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE