UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Brian Whitaker, | Case No. 4:21-cv-04336-HSG |
|---|---|
| Plaintiff, | **Order Granting Motion for Administrative Relief** |
| v. | |
| Jonalyn Montiel Nguyen | HON. Haywood S. Gilliam, Jr. |
| Defendant. | |

Having read the foregoing request, it is hereby ordered that a Telephonic Case Management Conference be set for April 5, 2022, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 3/7/2022

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE