**Law Offices of Stephen Abraham**
Stephen E. Abraham, Esq. (State Bar No. 172054)
stephen@abraham-lawoffices.com
1592 Pegasus Street
Newport Beach, California 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

Attorney for Defendant Jonalyn Montiel Nguyen

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, *Plaintiff*, v. **Jonalyn Montiel Nguyen**, *Defendant*. | Case No. 4:21-cv-04336-HSG<br>**RESPONSE OF COUNSEL FOR DEFENDANT TO ORDER TO SHOW CAUSE**<br>**[Doc. 48]** |

The undersigned counsel, herewith responds to the Court's order to show case for failure to appear at the case management conference. I sincerely apologize to the Court, its staff, and to opposing counsel for the failure to appear. The failure was mine entirely and was the result of the hearing not being correctly calendared. While it appeared on my internal docketing system, it was not reflected in my calendar that is promulgated amongst my various devices, including computer and mobile devices. I was away from the office earlier and had checked the mobile calendar but not cross-checked the desktop calendar and docketing system. Had I done so, I would have realized that the hearing was not posted and would have corrected it right away. I have implemented additional measures to makes sure that this does not reoccur.

Whitaker v Nguyen - Response to OSC   1
RESPONSE TO ORDER TO SHOW CAUSE

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

With respect to the rescheduled hearing, I have confirmed that it appears on *all* calendars.

On the basis of the foregoing, I respectfully request that the order to show cause be discharged and no sanctions imposed.

Respectfully submitted.

Dated: April 6, 2022                    LAW OFFICES OF STEPHEN ABRAHAM

By:    /s/ Stephen E. Abraham
         Stephen E. Abraham
         Attorney for Defendant

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

Whitaker v Nguyen - Response to OSC              2
RESPONSE TO ORDER TO SHOW CAUSE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1592 Pegasus Street, Newport Beach, California 92660.

On April 6, 2022, I served the foregoing document described as: **RESPONSE OF COUNSEL FOR DEFENDANT TO ORDER TO SHOW CAUSE** thereon on all interested parties in this action as follows:

CENTER FOR DISABILITY ACCESS                     Representing Plaintiff
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

[x]    **e-Filing pursuant to Court order**

Executed on April 6, 2022, at Newport Beach, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                      /s/ Stephen E. Abraham
                                         Stephen E. Abraham

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

Whitaker v Nguyen - Response to OSC

PROOF OF SERVICE